UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**DAVID CRUZ,**

      **Plaintiff,**

                                                                Case No. 1:13-cv-00984

v.

                                                                Hon. Paul L. Maloney

**GC SERVICES, LP,**

      **Defendant.**

| AGRUSS LAW FIRM, LLC<br>Michael S. Agruss<br>Attorneys for Plaintiff<br>22 W. Washington Street, Suite 1500<br>Chicago, IL  60602<br>(312) 224-4695<br>Fax:  (312) 253-4451<br>Michael@agrusslawfirm.com | MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.<br>Scott R. Eldridge (P66452)<br>Lara L. Kapalla (P67667)<br>Attorneys for Defendant<br>One Michigan Avenue, Suite 900<br>Lansing, MI  48933<br>(517) 487-2070<br>Fax: (517) 374-6304<br>eldridge@millercanfield.com<br>kapalla@millercanfield.com |
|---|---|

**<u>ORDER OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST DEFENDANT GC SERVICES, LIMITED PARTNERSHIP, WITHOUT FEES OR COSTS AWARDED TO ANY PARTY</u>**

Pursuant to the attached stipulation between Plaintiff David Cruz ("Plaintiff") and Defendant GC Services, Limited Partnership ("GC Services"):

(1) All claims asserted, or which could have been asserted, against GC Services in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE** in their entirety;

(2) No costs or attorneys' fees are awarded to any party; and

(3) This is a final Order closing this matter, including all related claims.

**IT IS SO ORDERED.**

Date:  November 14, 2013                      /s/  Paul L. Maloney
                                                                   Chief United States District Judge